UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GARY CURRIE, SR.,

    Plaintiff,

v.                                                 Case No. 05-C-355

PAPER CONVERTING MACHINE COMPANY,

    Defendant.

**ORDER**

      Plaintiff has filed a motion for reconsideration as well as a request that I extend the time for him to appeal. On the latter score, his appeal appears timely. Judgment was entered on April 24, and his notice of appeal was filed with the clerk on May 16. *See* Fed. R. App. P. 4(a)(1)(A) ("In a civil case . . . the notice of appeal required by Rule 3 must be filed with the district clerk within 30 days after the judgment or order appealed from is entered.") Plaintiff's motion for reconsideration is denied. First, I lack jurisdiction to revisit the issues in his case now that he has appealed. Second, even so, the grounds the plaintiff cites in his motion are not adequate bases for reconsideration. *See* Fed. R. Civ. P. 59.

      SO ORDERED this   18th   day of May, 2006.

                                                        s/ William C. Griesbach
                                                        William C. Griesbach
                                                        United States District Judge